## MOTION DOCKET

**94–397.** State ex rel. Richardson v. Quarto Mining Co. *Franklin County*, No. 93APD03–369. On request for oral argument. Request denied.

**94–1769.** State ex rel. Newton v. Court of Claims. In Mandamus and Prohibition. On request for oral argument. Request denied.

**94–2575.** State ex rel. Lyons v. Ohio Adult Parole Auth. In Mandamus. On motion to produce/transmit record. Motion denied.

**95–68.** State ex rel. Zanders v. Anderson. *Lorain County*, No. 94CA005925. On motion to strike. Motion denied; *sua sponte*, appellee given ten days to file his brief.

**95–577.** State ex rel. Daily v. Swift. In Mandamus and Prohibition. On motion to amend complaint. Motion granted.
COOK, J., dissents.

**95–675.** State ex rel. The Cincinnati Enquirer v. Hamilton Cty. *Sua sponte*, cause consolidated with 95–677, 95–686 and 95–843, *infra.* On motion to dismiss. *Sua sponte*, alternative writ granted.
PFEIFER, J., dissents and would grant a peremptory writ.

**95–677.** State ex rel. The Cincinnati Enquirer v. Cincinnati. In Mandamus. *Sua sponte*, cause consolidated with 95–675, *supra*, and with 95–686 and 95–843, *infra. Sua sponte*, alternative writ granted.
PFEIFER, J., dissents and would grant a peremptory writ.